## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 7/23/2009 12:05:34

---

**United States District Court**
**Violation Notice**

CVB Location Code: AMS
Violation Number: 2114008
Officer Name (Print): CASEY
Officer No: 2129

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 07/09/2009 1130
Offense Charged: 36 USC 2.68(a)(1)(2) / SO CFR 27.94
Place of Offense: BUENOS AIRES NWR, PIMA CO., SASABE, AZ
Offense Description/Factual Basis for Charge: LITTERING
HAZMAT ☐

**DEFENDANT INFORMATION**
Last Name: FIFE
First Name: JOHN  MI: M
Phone: 520-862-4879
Street Address: 4301 W MOUNTAIN SIDE DR
City: Tucson  State: AZ  Zip Code: 85745
Driver License No: D0417477  CDL ☐  D.L. State: AZ
Social Security No: _____
DOB (mm/dd/yyyy): 01/16/1940
☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female
Eyes: BRO  Hair: GY  Height: 602  Weight: 180

**VEHICLE**  VIN: _____  CMV ☐
Tag No: 317XAL  State: AZ  Year: 07  Make/Model: TOYOTA  PASS ☐  Color: SI

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. COURTHOUSE, 405 W. CONGRESS ST., TUCSON AZ 85701-5010
Date (mm/dd/yyyy): 09/02/2009  Time (hh:mm): 09:00 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

---

FILED ____ LODGED
RECEIVED ____ COPY

SEP - 2 2009

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## 09-09483-MP-DTF (CVB)

Violation No.: 2114008  A/95
Subject: FIFE, JOHN M.

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on July 9, 2009 while exercising my duties as a law enforcement officer in the District of Arizona,

At approximately 11.30 AM and at approximately location N 31 36.822 W 111 23.685, I personally witnessed James C. MCPHERSON (dob ████████), Corinne M. BANCROFT (dob ████████87), and John M. FIFE (dob ████████) place on the ground, mark (with the date and number "487"), and leave 6 plastic gallon water jugs on the Buenos Aires National Wildlife Refuge

After leaving the 6 plastic gallon water jugs, I asked MCPHERSON, BANCROFT, and FIFE if they were in fact leaving the jugs and all three subjects answered in the affirmative. I requested their identification and seized the water jugs. I along with the assistance of U S Forest Service Officer Bidderman and U.S. Bureau of Land Management Ranger Jensen issued each subject a citation for violation of 16 USC 668dd(f)(2) and 50 CFR 27 94, for littering.

The foregoing statement is based upon
☒ my personal observation
☒ my personal investigation
☒ information supplied to me by my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on.

7/13/2009                                    James Casey
Date                                         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:

_____                      _____
Date                                         U.S Magistrate Judge